**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
JOSHUA CUEVAS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSHUA CUEVAS,

Plaintiff,

vs.

PHAM PHO VIET 1 INC.; AMIN KHOUJA, AS TRUSTEE OF THE ASSMA KHOUJA REVOCABLE TRUST; and DOES 1 to 10,

Defendants.

**Case No.: 2:24-cv-08185-SPG (PDx)**

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

**PLEASE TAKE NOTICE** that Plaintiff JOSHUA CUEVAS ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

(1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: January 2, 2025 **SO. CAL. EQUAL ACCESS GROUP**

By: *__/s/ Jason J. Kim__*
Jason J. Kim, Esq.
Attorneys for Plaintiff